[No. 10511-0-II. Division Two. October 17, 1988.]

*In the Matter of the Marriage of* NANCY NEWTH GREENFIELD, *Respondent, and* GERALD Q. GREENFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-3-03346-6, Rosanne Buckner, J., entered October 31, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10753-8-II. Division Two. October 17, 1988.]

THE DEPARTMENT OF LICENSING, *Respondent,* v. ALFRED A. PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-06209-0, Thomas R. Sauriol, J., entered January 28, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 21548-5-I. Division One. October 17, 1988.]

WILLIAM NOSTRAND, ET AL, *Appellants,* v. THORPE KELLY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-19837-9, Robert E. Dixon, J., entered March 18, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Scholfield, C.J., and Winsor, J.